# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>LEITMAN, MATTHEW F. | **2. Court or Organization**<br><br>U.S. DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN | **3. Date of Report**<br><br>4/30/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

600 Church Street, Room 125
Flint, Michigan 48502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LEITMAN, MATTHEW F.** | 4/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. 2020 | State of Michigan |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LEITMAN, MATTHEW F.** | 4/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 4/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | IRA Account No. 1 (H) | | | | | | | | | |
| 2. | -Bond Fund of America Class F2 American Funds NL [ABNFX] | A | Dividend | L | T | Buy | 05/01/20 | L | | |
| 3. | | | | | | Buy (add'l) | 06/09/20 | J | | |
| 4. | | | | | | Buy (add'l) | 10/27/20 | K | | |
| 5. | -Calamos Market Neutral Income Fund Class I [CMNIX] | A | Dividend | K | T | | | | | |
| 6. | -Champlain Small Company Fund Institutional Class N/L [CIPNX] | C | Dividend | L | T | | | | | |
| 7. | -Columbia Dividend Income Fund Inst CL N/L [GSFTX] | B | Dividend | L | T | | | | | |
| 8. | -Doubleline Total Return Bond Fund Class I N/L [DBLTX] | B | Dividend | K | T | Buy (add'l) | 10/27/20 | J | | |
| 9. | -Doubleline Shiller Enhanced Cape Fund Class I [DSEEX] | A | Dividend | K | T | | | | | |
| 10. | -First Eagle Gold Fund Class I N/L [FEGIX] | A | Dividend | K | T | Buy | 05/01/20 | K | | |
| 11. | -Goldman Sachs Emerging Markets Equity Insights Fund Inv Cl [GIRPX] | A | Dividend | K | T | | | | | |
| 12. | -Grandeur Peak Intl Stalwarts Fund Inst Class [GISYX] | A | Dividend | K | T | Sold (part) | 10/27/20 | K | | See note in Section VII |
| 13. | -iShares TR Core US Aggregate Bond ETF [AGG] | A | Dividend | | | Sold (part) | 03/06/20 | L | | |
| 14. | | | | | | Sold | 05/01/20 | L | | |
| 15. | -iShares TR Core MSCI EAFE [IEFA] | B | Dividend | L | T | Sold (part) | 10/27/20 | J | | |
| 16. | -iShares TR USA Quality Factor [QUAL] | A | Dividend | K | T | | | | | |
| 17. | -MFS International Diversification Fund Class I N [MDIJX] | A | Dividend | K | T | Buy | 09/22/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -MFS Emerging Markets Debt Fund Class I [MEDIX] | B | Dividend | K | T | | | | | |
| 19. | -Oakmark International Fund Investor Class [OAKIX] | | None | | | Sold | 09/21/20 | J | | |
| 20. | -Principal Global Diversified Income Fund Inst Class [PGDIX] | A | Dividend | | | Sold | 08/25/20 | K | | |
| 21. | -T. Rowe Price Real Assets Fund Investor Class N/L [PRAFX] | A | Dividend | J | T | Sold<br>(part) | 05/01/20 | K | | |
| 22. | -Vanguard Short Term Investment Grade FD Admiral Shares [VFSUX] | B | Dividend | M | T | Buy | 03/06/20 | L | | |
| 23. | | | | | | Buy<br>(add'l) | 08/25/20 | K | | |
| 24. | | | | | | Buy<br>(add'l) | 10/27/20 | K | | |
| 25. | -Vanguard Small Cap Value ETF [VBR] | B | Dividend | L | T | Sold<br>(part) | 10/27/20 | K | | |
| 26. | -Vanguard Index Funds S&P 500 ETF SHS NEW [VOO] | B | Dividend | L | T | | | | | |
| 27. | Raymond James Deposit Accounts | A | Interest | K | T | | | | | |
| 28. | Chase Bank Cash-Equivalent Accounts | A | Interest | J | T | | | | | |
| 29. | New York Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 30. | IRA Account No. 2 (H) | | | | | | | | | |
| 31. | -Doubleline Total Return Bond Fund Class I [DBLTX] | A | Dividend | K | T | | | | | |
| 32. | -Grandeur Peak Intl Stalwarts Fund Inst Class [GISYX] | A | Dividend | J | T | | | | | See note in Section VIII |
| 33. | MFS International Diversification Fund Class I N [MDIJX] | A | Dividend | K | T | Buy | 09/22/20 | K | | |
| 34. | -Oakmark International Fund Investor Class [OAKIX] | | None | | | Sold | 09/21/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 4/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T. Rowe Price Real Assets Fund Investor Class N/L [PRAFX] | A | Dividend | J | T | | | | | |
| 36. IRA Account No. 3 (H) | | | | | | | | | |
| 37. -American Funds Growth Fund of America Class F2 [GFFFX] | A | Dividend | K | T | | | | | |
| 38. -Davis New York Venture Fund Class Y [DNVYX] | A | Dividend | J | T | | | | | |
| 39. -Deutsche Managed Municipal Bond Fund Inst Class [SMLIX] | A | Dividend | | | Sold | 11/12/20 | K | | |
| 40. -Grandeur Peak INTL Stalwarts Inst Class CLS [GISYX] | A | Dividend | K | T | | | | | See note in Section VIII |
| 41. -Vanguard Long Term Tax Exempt Fund Admiral Shares N/L [VWLUX] | A | Dividend | K | T | Buy | 11/12/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LEITMAN, MATTHEW F.** | 4/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII -Line 12: Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] transferred to Grandeur Peak Intl Stalwarts Fund Inst Class [GISYX] due to a direct volume cross exchange.

Section VII -Line 32: Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] transferred to Grandeur Peak Intl Stalwarts Fund Inst Class [GISYX] due to a direct volume cross exchange.

Section VII -Line 40: Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] transferred to Grandeur Peak Intl Stalwarts Fund Inst Class [GISYX] due to a direct volume cross exchange.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ MATTHEW F. LEITMAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544